UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOANN THOMPSON, | : | NO. 1:12-CV-00785 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| WOOD EDGE POINTE., et al., | : | |
| Defendants. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 4), to which there were no objections. The Magistrate Judge recommended the Court dismiss this matter for lack of prosecution.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 4) in all respects, and DISMISSES this matter with prejudice for lack of

prosecution.  The Court further CERTIFIES pursuant to 28 U.S.C. 1915(a)(3) that an appeal of this Order would not be taken in good faith.  McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

       SO ORDERED.

DATED: February 15, 2013       s/S. Arthur Spiegel
                                        S. Arthur Spiegel
                                        United States Senior District Judge